UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA RICHARDS, | ) |
| | ) Civil Action Number 1:12-CV-362 |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) HON. HUGH W. BRENNEMAN, JR. |
| COMMISSIONER OF | ) U.S. MAGISTRATE JUDGE |
| SOCIAL SECURITY, | ) |
| Defendant. | ) |
| Defendant. | |

**J U D G M E N T**

In accordance with this Court's order dated Oct. 10, 2012, judgment is hereby entered in Plaintiff's favor reversing the Commissioner's decision with remand to the agency for further development and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: 10/10/2012

/s/ Hugh W. Brenneman, Jr.
HON. HUGH W. BRENNEMAN, JR.
UNITED STATES DISTRICT JUDGE